**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PABLO MARTINEZ JIMENEZ** | : | |
| | : | |
| **V.** | : | **CIVIL ACTION NO. 26-8639** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN, ET AL.** | : | |

**ORDER**

This 12th day of November, 2026, it is hereby **ORDERED** that in responding to the petition, the Government shall provide any body camera footage from Immigrations and Customs Enforcement Officers to the Court and counsel.

/s/ Gerald Austin McHugh
United States District Judge